court would have subject matter jurisdiction over Mr. Betts's complaint. Therefore, the Court of Federal Claims did not abuse its discretion in declining to transfer Mr. Betts's case under 28 U.S.C. § 1631.

### CONCLUSION

For the foregoing reasons, we affirm the dismissal of Mr. Betts's case for lack of subject matter jurisdiction.

**AFFIRMED**

### COSTS

Each party shall bear their own costs.

JONATHAN J. LAMBERSON, Fish & Richardson, P.C., Redwood City, CA, argued for defendant-appellee. Also represented by BRYAN K. BASSO; JUANITA ROSE BROOKS, CRAIG E. COUNTRYMAN, San Diego, CA; STACY QUAN, Microsoft Corporation, Redmond, WA.

(Moore, Linn, and O'Malley, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**IPLEARN–FOCUS, LLC, Plaintiff–Appellant**

v.

**MICROSOFT CORP., Defendant–Appellee**

2015–1863

United States Court of Appeals, Federal Circuit.

July 11, 2016

MATTHEW D. POWERS, Tensegrity Law Group, LLP, Redwood City, CA, argued for plaintiff-appellant. Also represented by ROBERT LEWIS GERRITY, WILLIAM P. NELSON.

**ARENDI S.A.R.L., Appellant**

v.

**APPLE INC., Google Inc., Motorola Mobility LLC, Cross–Appellants**

2015–2069
2015–2070
2015–2071

United States Court of Appeals, Federal Circuit.

July 11, 2016

BRUCE D. SUNSTEIN, Sunstein Kann Murphy & Timbers LLP, Boston, MA, argued